IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:11-CV-314-RJC-DSC

| | |
|---|---|
| CHARLES LINDSEY MCALPINE & MCALPINE-BARRINGTON OAKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRINCETON PARTNERS, LLC, EASTWOOD CONSTRUCTION LLC AND JOSEPH DORITY, )<br>)<br>Defendants. )<br>) | **ORDER GRANTING MOTION TO REFER** |

THIS MATTER comes before the Court upon the Motion of Eastwood Construction, LLC seeking to refer the above captioned matter to the United States Bankruptcy Court for the Western District of North Carolina. It appears that good cause exists to refer this case to the United States Bankruptcy Court for the Western District of North Carolina under this Court's Standing Orders.

It is therefore **ORDERED** that this proceeding should be and is hereby transferred to the United States Bankruptcy Court for the Western District of North Carolina for all further proceedings.

**SO ORDERED.**

Signed: August 3, 2011

_____
David S. Cayer
United States Magistrate Judge